**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ANTHONY DECUIR,

        Defendant.

_____/

No. CR 12-0557 SI

**ORDER CONTINUING STATUS CONFERENCE UNTIL DECEMBER 21, 2012**

      Defendant Anthony Decuir is scheduled to appear at a status conference on December 14, 2012 at 11:00 a.m.   The status conference is hereby **continued to December 21, 2012 at 11 a.m.**

      **IT IS SO ORDERED.**

Dated: December 13, 2012

_____
SUSAN HILLSTON
United States District Judge