MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7200
 Facsimile: (415) 436-7234
 E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>ANTHONY DECUIR,<br><br>    Defendant. | No. CR 12-0557 SI<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT, 18 U.S.C. § 3161<br>ET SEQ. |

   The United States of America, by and through its attorney of record, and defendant Anthony

Decuir ("defendant"), by and through his attorney of record, hereby stipulate as follows:

   1.  On December 21, 2012, this Court granted the defendant's request to continue the

matter to February 8, 2012 at 11 a.m.  For the reasons stated in open court on December 21, 2012,

and with defendant's consent, the Court excluded time under the Speedy Trial Act from December

21, 2012 through February 8, 2013 to provide the defense lawyer with additional time for

investigation and for effective preparation.

   2.  The parties stipulate and agree that this matter should be continued to March 22,

2013 and that the failure to grant such a continuance would unreasonably deny the defendant the

reasonable time necessary for effective preparation and continuity of counsel, taking into account

the exercise of due diligence.  The defense lawyer is currently involved in a multi-defendant

homicide preliminary hearing in San Francisco Superior Court, which is expected to last for three weeks.  In addition, the defense lawyer seeks additional time to obtain state court records of defendant's prior convictions in two jurisdictions so that he may properly advise the defendant on how to best proceed in this case.  In light of the defense lawyer's current unavailability, he has requested that government's counsel prepare this stipulation and proposed order on his behalf.

3.    The parties further stipulate and agree that the time from February 8, 2013 through March 22, 2013 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under section (B)(iv) for effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence.

Dated: February 4, 2013

MELINDA HAAG
United States Attorney

_____/s/_____
DEBORAH R. DOUGLAS
Assistant United States Attorney

Dated: February 4, 2013

_____/s/_____
TONY TAMBURELLO, Esq.
Attorney for Defendant Anthony Decuir

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE  (CABN 150630)
3  Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7200
7     Facsimile: (415) 436-7234
      E-Mail: deborah.r.douglas@usdoj.gov
8
   Attorneys for the United States of America
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR 12-0557 SI
                                     )
14              v.                   )    ORDER EXCLUDING TIME UNDER THE
                                     )    SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET
15  ANTHONY DECUIR,                  )    SEQ.
                                     )
16              Defendant.           )
                                     )
17  _____ )

18       GOOD CAUSE APPEARING, and based upon the parties' stipulation, IT IS HEREBY

19  ORDERED that the above-captioned matter shall be continued to March 22, 2013 at 11 a.m. and

20  that the time from February 8, 2013  through March 22, 2013 shall be excluded in accordance with

21  the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The Court finds

22  that (A) failure to grant the continuance would unreasonably deny the defendant the reasonable time

23  necessary for effective preparation and continuity of counsel, taking into account the exercise of

24  //

25  //

26  //

27  //

28  //

Stipulation and Order
*U.S. v. Anthony Decuir*, CR 12 0557 SI            3

1   due diligence; and (B) the ends of justice served by the continuance outweigh the best interests

2   of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

3

4   **IT IS SO ORDERED.**

5

6   Dated: February 4   , 2013

    HONORABLE SUSAN ILLSTON
7   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order
*U.S. v. Anthony Decuir*, CR 12 0557 SI