UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 12-cr-00557-SI-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION REQUESTING COURT APPOINTED COUNSEL AS MOOT IN LIGHT OF PENDING APPEAL** |
| ANTHONY DECUIR, | |
| Defendant. | Re: Dkt. No. 83 |

On April 1, 2015, defendant filed a *pro se* motion requesting the appointment of counsel to assist him in filing a motion for reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

The docket reflects that defendant's case is currently on appeal with the Ninth Circuit Court of Appeals. Accordingly, this Court does not have jurisdiction over defendant's case, and defendant's motion is DENIED. After defendant's appeal is concluded, defendant may seek relief in this Court if appropriate.

**IT IS SO ORDERED.**

Dated: April 29, 2015

_____
SUSAN ILLSTON
United States District Judge